1

2

3

4

5

6
IN THE UNITED STATES DISTRICT COURT

7

8
FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
UNITED STATES OF AMERICA,

11
       Plaintiff,                    No. CR 13-00292 WHA

12
  v.

13
PAUL FISCHER,                 **ORDER DENYING**

14
       Defendant.           **SECOND MOTION FOR**
**EARLY TERMINATION**

15
_____/

16
     Defendant Paul Fischer filed a second motion for early termination of supervised release

17
(Dkt. No. 11).  For the reasons stated at yesterday's hearing, that motion is **DENIED**.  This,

18
however, is without prejudice to defendant bringing a fresh motion for early termination in

19
November 2014, if he continues to work full-time in a lawful occupation, in accordance with his

20
conditions of supervised release, and it appears supervision is no longer beneficial to him or the

21
community at large.

22
     The parties will also return for a status conference at **2 PM ON NOVEMBER 18, 2014**.  If

23
defendant seeks to have his next motion for early termination be heard at that status conference,

24
he is requested to please file his renewed motion by **5 PM ON NOVEMBER 3, 2014**.

25

26
     **IT IS SO ORDERED.**

27

28
Dated:  August 6, 2014.

                                                      _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California