IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FISCHER,<br><br>Defendant.<br>_____/ | No. CR 13-00292 WHA<br><br>**SECOND ORDER REQUESTING RESPONSES TO THIRD MOTION FOR EARLY TERMINATION** |

Pursuant to the order filed on August 6, 2014, defendant Paul Fischer has filed a third motion for early termination (Dkt. Nos. 20, 21).

Accordingly, both probation and the government are requested to please submit responses to the third motion for early termination. Please submit those responses by **10 AM ON NOVEMBER 14, 2014**.

**IT IS SO ORDERED.**

Dated:  November 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE