IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL FISCHER,<br><br>    Defendant.<br>                                   / | No. CR 13-00292 WHA<br><br>**ORDER GRANTING THIRD MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND VACATING HEARING** |

      Through his counsel, defendant Paul Fischer has filed a third motion for early termination of supervised release. The present motion is filed pursuant to the order dated August 6, 2014, which had denied defendant's earlier motion for early termination but had instructed him to file a renewed motion by November 3, 2014, "if he continues to work full-time in a lawful occupation, in accordance with his conditions of supervised release, and it appears supervision is no longer beneficial to him or the community at large" (Dkt. No. 20).

      By way of background, in October 2009, defendant pled guilty to maintaining drug-involved premises in violation of Section 856(a)(1) of Title 21 of the United States Code. According to probation, that crime involved 270 marijuana plants, with defendant playing an aggravated role by recruiting and directing others in that offense. Following defendant's plea, the United States District Court of the Eastern District of California sentenced defendant to 33 months of custody and three years of supervised release. That period of supervision then began on July 3, 2012, to expire on July 2, 2015. In the meantime, defendant's supervised release was transferred to this district last year.

Probation now reports the following uncontested facts. Defendant has completed 29 months of supervised release to date. During that time, he has had no violations of supervised release, and "appears to be drug free" based on recent negative urine samples. Moreover, defendant has been working full-time with Transitional Nutrition since his release from custody, processing orders and shipping products for that company. Defendant has also satisfied both the special assessment and fine during his term of supervised release, such that he has "no current financial obligations remaining to the Court."

As such, and in light of the affirmative statements of non-opposition to early termination by both probation and the government, defendant's present motion is **GRANTED**. Supervised release is hereby **TERMINATED**, effective now. The hearing previously set for November 18, 2014, is accordingly **VACATED**.

**IT IS SO ORDERED.**

Dated: November 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE